

# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2022

No. 04-21-00568-CV

**EDIFIKA INVESTMENTS, LLC** d/b/a Military Village Apartments,
Appellant

v.

**CHAIN & CHAIN CONSTRUCTION, LLC**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-14175
Honorable Nicole Garza, Judge Presiding

# O R D E R

On October 12, 2022, appellee filed a Motion to Substitute Counsel stating its desire to substitute Brandy Wingate Voss for Larry Moreno. After consideration, we **grant** the motion and **order** Larry Moreno withdrawn as counsel of record and Brandy Wingate Voss substituted as lead counsel for appellee.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of October, 2022.

_____
Michael A. Cruz,
Clerk of Court